# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA

Amber L. Minter,
  Plaintiff

     vs.

Dothan Security, Inc.
  Defendant.

CASE NO. _____

## GENERAL ORDER

     Federal Rule of Civil Procedure 26(f) requires the parties to confer, develop

a proposed discovery plan, and submit a report to this Court. Subsequent to the

filing of the report, a Scheduling Order must be entered pursuant to Fed. R. Civ. P.

16(b). Therefore, by the <u>earlier</u> of **twenty (20) days** after the filing of the last

answer of the defendants named in the original complaint or **forty-five (45) days**

after the first appearance by answer or motion under Fed. R. Civ. P. 12 of a

defendant named in the original complaint, the parties shall confer as provided in

Rule 26(f). See L.R. 26.1(a). Thereafter, within **ten (10) days** after the required

conference held pursuant to 26(f), the parties shall submit to the Court a written

report conforming to the language and format of the Rule 26(f) Report attached to

this Order outlining their discovery plan. See L.R. 26.1(b).

     Except in unusually protracted or complex cases, the parties will be expected

to adhere to the following deadlines and limitations:

    1.    The parties shall serve all written discovery on opposing parties and
         shall complete all depositions within **140 days** of the filing of the last
         answer of the defendants named in the original complaint. See L.R.
         26.1(d)(i).

AO 72A
(Rev. 8/82)

2.    The plaintiff must furnish the <u>expert witness reports</u> required by Rule 26(a)(3) within **60 days** after the Rule 26(f) conference.  <u>See</u> L.R. 26.1(d)(ii).

3.    The defendant must furnish the <u>expert witness reports</u> required by Rule 26(a)(2) within **90 days** after the Rule 26(f) conference (or **60 days** after the answer, whichever is later).  <u>See</u> L.R. 26.1(d)(iii).

4.    The last day for <u>filing motions to add or join parties or amend the pleadings</u> is **60 days** after the first answer of the defendants named in the original complaint.  <u>See</u> L.R. 16.3.

5.    The last day for <u>filing all other motions</u>, excluding motions in limine, is **30 days** after the close of discovery.  <u>See</u> L.R. 7.4.

Plaintiff's counsel shall ensure that a copy of this Order is served upon each party.

Finally, a party who cannot gain the cooperation of the other party in preparing the Rule 26(f) report should advise the Court prior to the due date of the report of the other party's failure to cooperate.

**SO ORDERED**.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE